United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| AMBER YALE,<br><br>        Plaintiff,<br><br>    v.<br><br>CLICKTALE, INC.,<br><br>        Defendant. | Case No. 20-cv-07575-LB<br><br>**JUDGMENT** |

On August 24, 2021, the court granted the defendant's motion to dismiss with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of the defendant and against the plaintiff. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: August 24, 2021

_____
LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 20-cv-07575-LB